

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ROBIN BOYER, )
)
Plaintiff, )
)
v. ) Case No. 4:15-cv-313-LGW-GRS
)
CAROLYN W. COLVIN, )
Acting Commissioner )
of Social Security, )
)
Defendant. )

## ORDER OF REMAND

THIS CAUSE is before the Court on the Commissioner's unopposed motion to remand this case to the Commissioner for further administrative proceedings under sentence six of 42 U.S.C. § 405(g). On consideration of the motion, and the grounds urged in support thereof, it is:

ORDERED AND ADJUDGED that:

1. The Commissioner's Unopposed Motion for Remand is hereby GRANTED.

2. This action is hereby REMANDED to the Commissioner of Social Security for further proceedings, and with instructions that the Appeals Counsel shall remand the case to an administrative law judge for a *de novo* hearing.

3. The Clerk of Court shall ADMINISTRATIVELY CLOSE this action, to be reopened or dismissed upon application by the parties.

SO ORDERED at Savannah, Georgia, this 16th day of March, 2016.

HONORABLE G. R. SMITH
UNITED STATES MAGISTRATE JUDGE